IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 AUG 22 PM 4: 57

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:12CR 248 |
| vs. | ) INDICTMENT |
| DALE FELIX, | ) 21 U.S.C. § 841(a)(1) & (b)(1) |
| | ) 21 U.S.C. § 853 |
| Defendant. | ) |

The Grand Jury Charges:

### COUNT I

On or about July 2, 2012, in the District of Nebraska, DALE FELIX, defendant herein, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

### FORFEITURE ALLEGATION

As a result of the forgoing offense, defendant DALE FELIX shall forfeit to the United States any and all property constituting or derived from any proceeds said defendant obtained directly or indirectly as a result of the violations alleged in Count I of this Indictment and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count I of this Indictment, including but not limited to the following:  $2,969.00 in United States currency seized on July 2, 2012.

In violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

     The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
ROBERT C. SIGLER
Assistant United States Attorney