IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DALE FELIX,<br><br>                Defendant. | 8:12CR248<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Julie B. Hansen to withdraw as counsel for the defendant, Dale Felix (Filing No. 87). Beau G. Finley has filed an entry of appearance as retained counsel for Dale Felix. Therefore, Julie B. Hansen's motion to withdraw (Filing No. 87) will be granted.

Julie B. Hansen shall forthwith provide Beau G. Finley any discovery materials provided to the defendant by the government and any such other materials obtained by Julie B. Hansen which are material to Dale Felix's defense.

The clerk shall provide a copy of this order to Beau G. Finley.

**IT IS SO ORDERED.**

Dated this 6th day of July, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge